| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Scott Alan Burroughs<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, California 90291<br>Telephone: (310) 590-1820<br><br>ATTORNEY(S) FOR: Plaintiff | CLEAR FORM |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNHARD KÜHMSTEDT<br><br>Plaintiff(s),<br>v.<br>ENTTECH MEDIA GROUP, LLC, et al.,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BERNHARD KÜHMSTEDT | Plaintiff |
| ENTTECH MEDIA GROUP, LLC | Defendant |

| | |
|---|---|
| 12/30/2021<br>Date | /s/ Scott Alan Burroughs<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff

CV-30 (05/13)                                          **NOTICE OF INTERESTED PARTIES**