Scott Alan Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel, Esq. (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNHARD KÜHMSTEDT,<br><br>Plaintiff,<br><br>v.<br><br>ENTTECH MEDIA GROUP, LLC, et al,<br><br>Defendants. | Case No.: 2:21-cv-10032-FWS-JEM<br>*Hon. Fred W. Slaughter Presiding*<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1

**IT IS HEREBY STIPULATED** that this action be dismissed in its entirety pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), *with prejudice*, and with each party bearing its own costs and attorneys' fees as incurred in this action.

Per the aforementioned Federal Rule, no order is required in connection with this stipulated dismissal.

**SO STIPULATED**.

| | | |
|---|---|---|
| Dated: December 21, 2022 | By: | */s/ Frank R. Trechsel* <br> Scott Alan Burroughs, Esq. <br> Frank R. Trechsel, Esq. <br> DONIGER /BURROUGHS <br> *Attorneys for Plaintiff* |
| Dated: December 21, 2022 | By: | */s/ Robert Tauler* <br> Robert Tauler, Esq. <br> Gil Peles, Esq. <br> TAULER SMITH LLP <br> *Attorneys for Defendant* |

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.